# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAMARA TOMTEN, N/K/A TAMARA REESE,

Appellant,

vs.

KURT TOMTEN,

Respondent.

No. 78169

**FILED**

MAY 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a post divorce-decree order. Fourth Judicial District Court, Elko County; David R. Gamble, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The district court order and minutes both indicate that the order challenged on appeal was entered pursuant to an agreement between the parties. Accordingly, appellant is not aggrieved by the order and cannot appeal. *See* NRAP 3A(a) (allowing an appeal by an aggrieved party). This court thus

ORDERS this appeal DISMISSED.[1]

_____ C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, no action will be taken on the letter from court reporter Julie Rowan filed on May 10, 2019.

19-22349

cc:  Chief Judge, The Fourth Judicial District Court
Hon. David R. Gamble, Senior Judge
Julie Rowan, Court Reporter
Tamara Tomten
Kurt Tomten
Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A